IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR NOE CELIO LUNA,<br><br>Defendant. | CR 20–10–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Oscar Noe Celio Luna's Unopposed Motion to Continue Sentencing Hearing. (Doc. 36.) Defendant files this motion to notify the Court that he objects to attending his upcoming sentencing hearing remotely and would like to attend in person. (*Id.*) Having consulted with the United States Marshals Service, the Court has received word that it will be possible to transport Defendant and still maintain his December 15, 2020 sentencing date. Accordingly,

IT IS ORDERED that the Motion (Doc. 36) is GRANTED. The sentencing hearing previously set for videoconference is VACATED and RESET to allow for Defendant's in-person attendance. The hearing shall take place as scheduled on December 15, 2020 at 9:00 a.m. at the Russell Smith Federal Courthouse, in Missoula, Montana.

DATED this 8th day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court